AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

ESTATE OF JAMES D. REDD, M.D., et al.,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11CV1162 TS

IT IS ORDERED AND ADJUDGED

that Plaintiffs' claims are dismissed with prejudice.

March 25, 2016

*Date*

D. Mark Jones

*Clerk of Court*

*(By) Deputy Clerk*